UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRI HUU HUYNH,

      Plaintiff,

    v.

M. ORTEGA, et al.,

      Defendants.

Case No. 20-cv-05486-RS (PR)

**ORDER REOPENING ACTION;**

**ORDER SETTING MOTION BRIEFING SCHEDULE**

     This action, along with several other suits filed by plaintiff, was stayed and referred for settlement. (Dkt. No. 21.) This action did not settle. (Dkt. No. 38.) Accordingly, the stay is DISSOLVED and the action is REOPENED. The Clerk shall reopen the action.

     On or before **April 22, 2024**, defendants shall file a dispositive motion, or a notice regarding such motion, regarding the claims identified in the Order of Service. Plaintiff's opposition shall be filed within 45 days after defendants' dispositive motion is filed. Defendants' reply shall be filed within 15 days after plaintiff's opposition is filed. The motion shall be deemed submitted on the day the reply brief is due.

     **IT IS SO ORDERED.**

**Dated:** December 6 , 2023

RICHARD SEEBORG
Chief United States District Judge